AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

J. TIMOTHY SHELNUT, SR.; and MCCALLAR LAW FIRM,

    Appellants,

v.

JAMES C. OVERSTREET, JR., Chapter 7 Trustee; and MARY IDA TOWNSON, United States Trustee for Region 21,

    Appellees.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-141

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 28, 2023, the Court denies Appellants J. Timothy Shelnut, Sr. and the McCallar Law Firm's appeal from the bankruptcy court's May 16, 2022, Order. Additionally, the Court denies Virginia Pannill's Motion for Leave to file an amicus brief in support of Appellants, and this case stands closed.

Approved by: _[signature]_

| | |
|---|---|
| March 29, 2023 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | _[signature]_ |
| | (By) Deputy Clerk |

GAS Rev 10/2020